O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL RESENDEZ, | ) | No. CV 18-1416 JGB (FFM) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| S. HATTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 29, 2019

_____
JESUS G. BERNAL
United States District Judge